**No. 46796.**—Protest 67270–K of Schall & Co. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel that the decorated tin boxes in question are containers of the same character as those

passed upon in Abstract 46175 they were held dutiable at 22½ percent under paragraph 397 and T. D. 49753 as claimed.